

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-21-00181-CV

QAZI KAMAL HAIDER, Appellant   §   On Appeal from the 141st District Court

v.   §   of Tarrant County (141-318529-20)

ASSOCIATED PROPERTIES, L.P., A TEXAS LIMITED LIABILITY PARTNERSHIP, Appellee   §   September 22, 2022

§   Per Curiam Memorandum Opinion

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was error in the trial court's orders.

It is ordered that the trial court's February 5, 2021 reinstatement of the cause, April 15, 2021 "Order Granting Plaintiff's Amended Traditional and No[-]Evidence Motion for Summary Judgment," June 9, 2021 "Order Denying Movant's Motion for New Trial," and any other order signed after January 14, 2021, are vacated. We dismiss this appeal for want of jurisdiction.

SECOND DISTRICT COURT OF APPEALS

PER CURIAM